**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1186

_____

WILLIAM WHITTMAN,

> Plaintiff - Appellant,

> v.

ASSOCIA, ASSOCIATIONS, INC.; CMC, (Community Management Corporation); WOODBURN VILLAGE CONDOMINIUM UNIT OWNERS ASSOCIATION AND/OR WOODBURN VLG CONDO UNIT OWNERS, (The Association),

> Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:21-cv-00077-RDA-TCB)

_____

Submitted: July 21, 2022                                    Decided: July 25, 2022

_____

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Whittman, Appellant Pro Se. Michelle Benitez Jessee, Hanover, Maryland, William Leonard Mitchell, II, ECCLESTON & WOLF, PC, Fairfax, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Whittman appeals the district court's order granting Defendants' motion under Fed. R. Civ. P. 12(b)(6) and dismissing his complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. *Whittman v. Associa, Ass'ns, Inc.*, No. 1:21-cv-00077-RDA-TCB (E.D. Va. Jan. 21, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*